# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

NO. 03-25-00433-CR
NO. 03-25-00434-CR
NO. 03-25-00435-CR
NO. 03-25-00436-CR
NO. 03-25-00437-CR
NO. 03-25-00438-CR

**James Richardson Reece, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
NOS. 22-1040CR-2, 22-1750CR-2, 22-2084CR-2, 22-3095CR-3, 22-3377CR-3, 22-4024CR-2
THE HONORABLE DARYL RUSSELL COFFEY, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

In each of the above appeals, we withdraw our opinion and judgment dated August 22, 2025, and substitute the following order and opinion in their place.

We dismissed these appeals for want of prosecution after appellant James Richardson Reece, who was appointed counsel in the court below but who is proceeding pro se on appeal, failed to respond to our notice that no clerk's record had been filed due to his failure

to pay for it. The trial-court clerk's office had informed us that Reece had not filed an affidavit of inability to pay for the record.

After we dismissed the appeals, we received a response from Reece to a separate notice regarding Reece's failure to pay for the reporter's record. In the response, Reece indicated that he would file with the trial-court clerk a statement of inability to pay costs. Reece later filed a motion to reinstate the appeals.

We have now received the reporter's record, but the clerk's record has not been filed. An indigent defendant is entitled to a free record on appeal, and it is the trial court's responsibility to determine whether a defendant is indigent. *See* Tex. R. App. P. 20.2. Accordingly, we grant appellant's motion to reinstate these appeals, abate the appeals, and remand the cases to the trial court to determine whether Reece is indigent. If the trial court determines that Reece is indigent, we direct the trial court to order the clerk to prepare the clerk's record, file a copy with this Court, and provide a copy to Reece. The clerk's record will be due on or before September 26, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed: September 16, 2025